UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN DOSCHER,

        Plaintiff,

v.

KROGER CO., et al.

        Defendants.

CASE NO. C21-5255 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's claims against Defendants Tumwater Police Department, Carlos Quiles, and Jon Weiks are **DISMISSED without prejudice**; and

\
\
\

(3) Plaintiff's *in forma pauperis* application, Dkt. 4, is **GRANTED**.

Dated this 6th day of July, 2021.

BENJAMIN H. SETTLE
United States District Judge